# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. **NEATLY** print in ink (or type) your answers.]

FILED
NOV 06 2023 — AM10:33
US DISTRICT COURT
Northern District of Indiana
Chanda J Berta - Clerk

Scotty Van Hawk
[You are the **PLAINTIFF**, print your full name on this line.]

v.

Case Number 3:23-cv-974
[For a new case in this court, leave blank. The court will assign a case number.]

Judge Michael Reed Kosciusko County Indiana
[The **DEFENDANT** is who you are suing. Put **ONE** name on this line. List **ALL** defendants below, including this one.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is **VERY IMPORTANT** that you include it on **everything** you send to the court for this case. **DO NOT** send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | State of Indiana | 302 W Washington Indianapolis IN 46204 |
| 2 | County of Kosciusko | 121 N Lake St Warsaw IN 46580 |
| 3 | Judge Michael Reed Kosciusko Circuit Court | 121 N Lake St Warsaw IN 46580 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant _in a separate box_ as shown here.]

1. How many defendants are you suing? __3__

2. What is your address? 2906 E Armstrong Rd Leesburg, IN 46538 (place of detention)
   65200 M 62 Cassopolis MI 49031 (home)

3. What is your telephone number: (574) 527-7127

4. Have you ever sued anyone for these exact same claims?

   ☒ No.
   ☐ Yes, attached is a copy of the final judgment **OR** an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[**DO NOT** write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. The judge placed me on house arrest which is solely for convicted defendants.

2. I have never been convicted of any crime.

3. I have been detained for over seven months without being brought to trial.

4. I moved for an early trial at the first hearing with the judge on 3-24-23.

4 I am a resident of Michigan and am still being unlawfully detained in Indiana.

5 The detainment is unlawful and a violation of my constitutional rights.

6. The state has delayed the proceedings and failed to meet the 70 day limit for an early trial.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

☑ No.
☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?
Order my immediate release and award all due compenstaion and legal fees.
_____
_____
_____
_____

FILING FEE – Are you paying the filing fee?

☐ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]
__✓__ I will keep a copy of this complaint for my records.
__✓__ I will promptly notify the court of any change of address.
__✓__ I declare under penalty of perjury that the statements in this complaint are true.

_____[signature]_____                    __11-6-23__
Signature                                     Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]