AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SCOTTY LEE VAN HAWK
*also known as*
Scotty Van Hawk
   Plaintiff

    v.   Civil Action No.   3:23cv974

MICHAEL REED
*Judge, Kosciusko Circuit Court, Kosciusko County Indiana,*
INDIANA STATE OF,
KOSCIUSKO COUNTY OF
   Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: <u>This case is DISMISSED.</u>

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.:

**X** decided by <u>Judge Damon R. Leichty.</u>

DATE:   <u>11/17/2023</u>     CHANDA J. BERTA, CLERK OF COURT
          by   <u>s/R. Figueroa</u>
               *Signature of Clerk or Deputy Clerk*